# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154442(162)

ALI BAZZI,
      Plaintiff-Appellant,
and

GENEX PHYSICAL THERAPY, INC. and
ELITE CHIROPRACTIC CENTER, PC,
      Intervening Plaintiffs-Appellants,
and

TRANSMEDIC, LLC,
      Intervening Plaintiff-Appellee,

v

SENTINEL INSURANCE COMPANY,
      Defendant/Third-Party
      Plaintiff-Appellee,
and

CITIZENS INSURANCE COMPANY,
      Defendant-Appellee,
and

HALA BAYDOUN BAZZI and
MARIAM BAZZI,
      Third-Party Defendants-Appellees.
_____/

SC:  154442
COA:  320518
Wayne CC:  13-000659-NF

      On order of the Chief Justice, the motion of the Auto Club Insurance Association to extend the time for filing a brief amicus curiae to January 26, 2018, is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk